## STATE

v.

## Andrew A. BUCCI.

### No. 80-5-M.P.

Supreme Court of Rhode Island.

March 27, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen.; Chief, Appellate Division, for plaintiff.

Aram K. Berberian, Warwick, for defendant.

## ORDER

The state is directed to respond to defendant's motion for leave to substitute surety on or before April 11, 1980 and to ascertain the value of the real estate listed in the proposed surety's affidavit.

DORIS, J., did not participate.

## STATE

v.

## Joseph G. NEVINS, Jr.

### No. 80-144-C.A.

Supreme Court of Rhode Island.

March 27, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Spec. Asst. Atty. Gen., for plaintiff.

Dean J. Lewis, Newport, for defendant.

## ORDER

The defendant's motion for bail pending appeal pursuant to Supreme Court Rule 9 is denied.

DORIS, J., did not participate.

## Gaetano J. QUARTO

v.

## Judith A. QUARTO.

### No. 79-385-Appeal.

Supreme Court of Rhode Island.

March 28, 1980.

Kirshenbaum & Kirshenbaum, Albert John Mainelli, Providence, for plaintiff-respondent.

Felix A. Appolonia, West Warwick, for defendant-petitioner.

## ORDER

This case came before the court on March 7, 1980, on the petitioner's motion under Rule 16(g) to affirm the order of the Family Court entering a final decree of divorce on April 20, 1979, on the ground of irreconcilable differences. An interlocutory decree had been entered on September 20, 1978. After hearing arguments of counsel and considering the petitioner's brief we are of the opinion that petitioner's motion should be and it is hereby denied.